CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 0 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICARDO LEE JONES, | ) | Civil Action No. 7:15-cv-00103 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM OPINION |
| v. | ) | |
| | ) | By: Glen E. Conrad |
| MAJOR FLEMING, *et al*, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

Ricardo Lee Jones, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered March 12, 2015, the court directed plaintiff to submit within 10 days from the date of the order a certified copy of the plaintiff's trust fund account statement, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On March 25, 2015, Plaintiff filed a motion for extension of time asking for five additional days to comply with the conditions set forth. The court granted Plaintiff 10 days to comply with the required information. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 10th day of April, 2015.

/s/ Glen E. Conrad
Chief United States District Judge